# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IAN SMITH and JANINE SMITH,  :

    Plaintiffs  :  CIVIL ACTION NO. 3:17-2123

    v.  :

        (JUDGE MANNION)

BRAIN W. MAY and LORELEI MAY,:

    Defendants  :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss all of the claims in Plaintiffs' complaint, **(Doc. 1)**, for failure to state a claim, pursuant to Fed.R.Civ.P. 12(b)(6), **(Doc. 8)**, is **DENIED IN ITS ENTIRETY**.

2. Defendants are directed to file their answer to Plaintiffs' complaint within **14 days** of the date of this Order.

                            s/ *Malachy E. Mannion*
                            **MALACHY E. MANNION**
                            **United States District Judge**

**DATE: September 28, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2123-01-ORDER.wpd